UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| POST HOLDINGS, INC. and POST FOODS, LLC, ) ) ) Plaintiff, Counter-Defendants, ) ) vs. ) ) LIBERTY MUTUAL FIRE INSURANCE ) COMPANY, ) ) Defendants, Counter-Plaintiff. ) | Case No. 4:18CV1741HEA |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant and against Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant owes no duty to defend or indemnify Plaintiff in the pending *Krommenhock* suit.

Dated this 30th day of October, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE